**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALISA MULLAJ and DONALD MULLAJ,

    Petitioners,

v.                                  Case No. 12-14309

JANET NAPOLITANO, Secretary of Homeland
Security, et al.,

    Respondents.
_____/

## JUDGMENT

In accordance with the court's May 31, 2013 "Opinion and Order Granting Respondents' Motion to Dismiss . . . ,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondents and against Petitioners Alisa and Donald Mullaj. Dated at Detroit, Michigan, this 31st of May, 2013.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT

                            BY: S/Lisa Wagner
                                Lisa Wagner, Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland